IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE, TENNESSEE

| | |
|---|---|
| ACUITY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 2:16-cv-00164 ) |
| DAVID OVAL JEFFERS, DC&R CONSTRUCTION, INC. and, XYZ CORPORATION | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Comes Plaintiff, Acuity Mutual Insurance Company, by and through counsel, pursuant to Rule 41 (a) of the *Federal Rules of Civil Procedure*, and announces to the Court that it is dismissing its cause of action against the Defendants, David Oval Jeffers, DC&R Construction, Inc., and XYZ Corporation. To the best of Plaintiff's knowledge, no responsive pleadings have been filed by any parties to this action.

ACUITY MUTUAL INSURANCE COMPANY

By: *s/S. Morris Hadden*
S. Morris Hadden (BPR #000747)
*Counsel for ACUITY Mutual Insurance Company*
HUNTER, SMITH & DAVIS, LLP
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8820; Fax: (423) 378-8801
mhadden@hsdlaw.com

By:     s/*Teresa Mahan Lesnak*
Teresa Mahan Lesnak (BPR #13317)
*Counsel for ACUITY Mutual Insurance Company*
**HUNTER, SMITH & DAVIS, LLP**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8822; Fax: (423) 378-8801
tlesnak@hsdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 12 day of July, 2016, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by regular U. S. Mail to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Robert Bates, Esquire
Tony Seaton, Esq.
**LAW OFFICES OF TONY SEATON, PLLC**
118 E. Watauga Avenue
Johnson City, TN 37601
*Counsel for David Oval Jeffers in relate state court action*

DC&R Construction, Inc.
Registered Agent, Rozella Brackins,
251 Cedarwood Drive,
Sevierville, Tennessee 37876-2035.

s/*S. Morris Hadden*
S. Morris Hadden (BPR #000747)
**HUNTER, SMITH & DAVIS, LLP**
1212 N. Eastman Road, P. O. Box 3740
Kingsport, TN 37664
(423) 378-8820; Fax: (423) 378-8801